DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 2013-29 |
| ) | |
| JAMHILA HODGE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ATTORNEYS:

**Ronald W. Sharpe, United States Attorney**
**Ishmael Meyers, Jr., AUSA**
United States Attorney's Office
St. Thomas, VI
 *For the United States of America*

**Edson A. Bostic, Federal Public Defender**
**Gabriel J. Villegas, AFPD**
St. Thomas, VI
 *For Jamhila Hodge*

## ORDER

**GÓMEZ, J.**

Before the Court is the Report and Recommendation of the Magistrate Judge. The Magistrate Judge recommends that the defendant Jamhila Hodge's (Hodge) plea of guilty to Count One of the Indictment be accepted.

A change of plea hearing was held before the Magistrate Judge on August 7, 2013. After cautioning and examining Hodge under oath concerning each of the subjects mentioned in Federal Rule of Civil Procedure 11, the Magistrate found that the guilty

plea was knowingly and voluntarily made as to Count One, and that the offense was supported by an independent basis in fact containing each of the essential elements of the offense. The Court agrees with the Magistrate's Report and Recommendation. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of the Magistrate Judge is **ADOPTED;** and it is further

**ORDERED** that Hodge's plea of guilty to Count One of the Indictment is **ACCEPTED**; and it is further

**ORDERED** that Hodge be and hereby is adjudged **GUILTY** of the offense described in Count One of the Indictment.

S\_____
**CURTIS V. GÓMEZ**
**District Judge**